MAY 9, 1989

No. 88–1456. IPPOLITO ET AL. *v.* WNS, INC. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

MAY 11, 1989

No. A–881. LANKFORD *v.* IDAHO. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

MAY 15, 1989

No. 88–6811. HESLER *v.* CABINET FOR HUMAN RESOURCES OF KENTUCKY. Appeal from Ct. App. Ky. dismissed for want of substantial federal question.